## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

v.

JERMAREL JACKSON

**WARRANT FOR ARREST**

Case Number: 06-3037-mj

FILED
JUL 21 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

To:   The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest **JERMAREL JACKSON**
                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

From on or about July 2005 to on or about April 28, 2006, in the Central District of Illinois, and elsewhere, DWAYNE JETT and JERMAREL JACKSON, defendants herein, knowingly and intentionally conspired with each other and with other persons, known and unknown, to distribute a controlled substance, namely, 50 grams or more of a mixture or substance containing cocaine base (crack), a Schedule II controlled substance, in violation of 21 U.S.C. §§841(a)(1), (b)(1)(A)(iii) and 846.

Byron Cudmore
Name of Issuing Officer

s/ Byron G. Cudmore
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

7/19/06, Springfield, Illinois
Date and Location

**No Bond**

### RETURN

This warrant was received and executed with the arrest of the above named defendant at U.S. Courthouse Springfield, IL

| Date Received 07/20/06 | Name of Arresting Officer Chris McGuire | Signature of Arresting Officer Larry Heller |
|---|---|---|
| Date of Arrest 07/18/06 | Title of Arresting Officer S/A w/ DEA | |