E-FILED
Wednesday, 20 September, 2006  04:08:13 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 06-03037 |
| ) | |
| JERMAREL JACKSON, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE PRE-TRIAL AND TRIAL SETTINGS**

**NOW COMES** Defendant, Jermarel Jackson, by and through his court-appointed attorney, Jon Gray Noll, and in support of his Motion to Continue Pre-Trial and Trial Settings in the above-entitled cause, states to this Honorable Court as follows, that:

1. Defendant was charged by Complaint filed July 19, 2006, with knowingly and intentionally conspiring to distribute a controlled substance, namely, 50 grams or more of a mixture or substance containing cocaine base (crack), a Schedule II controlled substance, in violation of 21 U.S.C. §§841(a)(1),(b)(1)(A)(iii) and 846.

2. Subsequently, Defendant was charged by an Indictment, which was filed of record on August 4, 2006.

3. Defendant is currently incarcerated at Pike County Jail.

4. Pre-trial in this matter is scheduled for Friday, September 29, 2006, at 10:00 a.m. with trial set for October 3, 2006, at 9:00 a.m.

5. Defendant is currently involved in substantial negotiations with the prosecution and his continued cooperation in this matter is essential to the case.

6. For the aforementioned reason, Defendant respectfully requests the pre-trial and trial setting in the above-captioned matter be continued an additional sixty to ninety days, or to a date that is convenient to this Court.

7. This motion is not brought for the purpose of delay, but is in the best interests of all parties.

8. Neither the rights of the Plaintiff, nor those of the Defendant, will be jeopardized by the granting of the relief sought herein.

9. Counsel for the Government does not object to the filing of this motion.

**WHEREFORE,** Defendant, Jermarel Jackson, prays that this Honorable Court continue the September 29, 2006, pretrial and the October 3, 2006, trial dates in the above-entitled cause for an additional sixty to ninety days, or to a date that is convenient to this Court, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

**JERMAREL JACKSON**, Defendant

BY:   /s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John Childress
U. S. Attorney's Office
318 South 6th Street
Springfield, IL 62701

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

Jermarel Jackson
Menard County Jail
P.O. Box 476
Petersburg, IL 62675-0476

/s Jon Gray Noll
Jon Gray Noll 02060108
Attorney for Defendant
Noll Law Office
802 South Second Street
Springfield, IL 62704
Telephone: (217) 544-8441
Fax: (217) 544-8775
E-mail: noll@noll-law.com